IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> RONNIE JOE PATTERSON, ) <br> aka/JOEY PATTERSON, ) <br> ) <br> ) <br> and ) <br> ) <br> SOUTHERN STAIRCASE OF ) <br> NORTH CAROLINA, INC., ) <br> Garnishee. ) | CASE NO. 3:05CR84 <br> (Financial Litigation Unit) |

**CONSENT ORDER OF CONTINUING GARNISHMENT**

The parties, the United States of America, the defendant, and the garnishee, agree and stipulate as follows:

1. The defendant's name is Ronnie Joe Patterson, aka/Joey Patterson ("Patterson"), social security number xxx-xx-0591, and the last known address is in Fort Mill, SC.

2. A judgment was entered against Patterson in this action wherein he was ordered to pay an assessment, fine and/or restitution in the amount of $31,721.00. The parties agree and stipulate that the total balance due is $31,221.00, as of June 5, 2007.

3. The garnishee has in its possession, custody or control property of Patterson's in the form of wages paid to Patterson.

4. The defendant Patterson waives service of an application for a writ of continuing garnishment as required by 28 U.S.C. §3205, and further waives his right to a hearing under said

statute and any other process to which Patterson may be entitled under 28 U.S.C. §3205, and further waives his right to a hearing under said statute and any other process to which he may be entitled under 28 U.S.C. §3001. et. seq.

5. The garnishee waives service of an application for a writ of continuing garnishment as required by 28 U.S.C. §3205, and further waives its right to answer and waives being heard in this matter and any other process to which the garnishee may be entitled under 28 U.S.C. §3001. et. seq.

6. Patterson agrees and stipulates that his wages are subject to garnishment under 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Consent Order in Garnishment is proper.

7. The defendant Patterson also agrees and stipulates that the plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive will be offset and applied to this debt.

8. The parties agree and stipulate to the entry of a Consent Order of Continuing Garnishment against the non-exempt wages of Patterson. It is expressly agreed and stipulated to by the parties that the garnishee pay the plaintiff 25% per month of the defendant's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Patterson or until further Order of this court. *See* 15 U.S.C. 1673.

9. Payments should be made payable to the United States Clerk of Court and mailed to United States Clerk of Court, 401 West Trade Street, Charlotte, North Carolina 28202 and a copy of said payment be mailed to Probation Officer, Cededrick C. Davis, at US Probation, 1835 Assembly Street, Room 611, Columbia, South Carolina 29201.

Respectfully submitted,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

*signature*

JENNIFER A. YOUNGS
ASSISTANT UNITED STATES ATTORNEY
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

Agreed and Consented to:

_____
Ronnie Joe Patterson
Defendant
220 Link Street
Fort Mill, SC 29715

_____
Cededrick C. Davis
US Probation Officer
1835 Assembly Street, Room 611
Columbia, SC 29201

*Marilyn McCrary* (signature)
_____
Marilyn McCrary
Registered Agent for Garnishee
Southern Staircase of North Carolina, Inc.
6025 Shiloh Road, Suite E
Alpharetta, GA 30005

Respectfully submitted,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

_____
JENNIFER A. YOUNGS
ASSISTANT UNITED STATES ATTORNEY
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

Agreed and Consented to:

_____
Ronnie Joe Patterson
Defendant
220 Link Street
Fort Mill, SC 29715

_____
Cededrick C. Davis
US Probation Officer
1835 Assembly Street, Room 611
Columbia, SC 29201


_____
Marilyn McCrary
Registered Agent for Garnishee
Southern Staircase of North Carolina, Inc.
6025 Shiloh Road, Suite E
Alpharetta, GA 30005

APPROVED AND SO ORDERED this the 21 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE